EX PARTE C. E. PEADEN.

Division B.

Opinion Filed October 11, 1924.

A Writ of Prohibition will not be issued to prevent a circuit Court taking testimony as to the truth of denials under oath of the allegations in a contempt proceeding charging affirmative violation of an injunction order issued by a court of equity.

An application for a Writ of Prohibition.

Writ denied.

*J. McHenry Jones* and *Walter Kohoe,* for Petitioner.

PER CURIAM.—An application having been made for a rule to show cause why the Circuit Court should not be prohibited from taking testimony as to the truth of a sworn answer in a contempt proceeding specifically denying the alleged contempt, upon the ground that the denial under oath entitled the party to a discharge. It appears that the alleged contempt consists in the continued doing what he was commanded not to do by an injunction order issued by the Circuit Court *as a court of equity*, therefore the application for a Writ of Prohibition is denied.     See Gompers v. Bucks Stove & Range Co., 221 U. S. 418, text 442, 31 Sup. Ct. Rep. 492; 13 C. J. 75; 6 R. C. L. 534.

This case is wholly unlike Ex Parte Earman and Ex Parte Biggers, 85 Fla. 293,322.

Writ denied.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.